UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,                                    25-cv-509 (JGK)
                          Plaintiff,

                                                   ORDER
          - against -

ROBERT C. GOTTLIEB & ASSOCIATES
PLLC,
                          Defendant.

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the plaintiff's amended complaint and request for injunction, filed on March 10, 2025 (ECF No. 30), is the operative Amended Complaint in this case.

The defendant's motion to dismiss is due **April 18, 2025.** The plaintiff's response is due **May 19, 2025.** The defendant may reply by **May 30, 2025.**

The plaintiff's previous motions (ECF Nos. 8, 26) were directed at a prior complaint. In view of the Amended Complaint and prospective motion to dismiss, those prior motions are **denied** without prejudice. The Clerk is directed to close ECF Nos. 8 and 26.

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          March 18, 2025

                                        _____
                                             John G. Koeltl
                                        United States District Judge