```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MICHAEL BUXBAUM,
          Plaintiff,

25-cv-509 (JGK)

- against -

ORDER

ROBERT C. GOTTLIEB & ASSOCIATES PLLC,
          Defendant.

JOHN G. KOELTL, District Judge:

    On March 21, 2025, the plaintiff filed a "Stipulation of Settlement." ECF No. 33. However, the "Stipulation of Settlement" has not been signed by the defendant. There is an amended complaint in this case, ECF No. 30, and the defendant has indicated that it intends to file a motion to dismiss the amended complaint, see ECF No. 32. ECF No. 33 is therefore **stricken**.

    The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
           March 26, 2025

                                      John G. Koeltl
                               United States District Judge