```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MICHAEL BUXBAUM,
                Plaintiff,

    - against -

ROBERT C. GOTTLIEB & ASSOCIATES PLLC,
                Defendant.

25-cv-509 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a notice of motion and memorandum of law in support of that motion dated March 27, 2025. ECF Nos. 36-37. The plaintiff has also filed a notice of motion for summary judgment dated April 2, 2025. ECF No. 38. However, the proposed motions seek substantive relief without requesting a pre-motion conference. The Court's Individual Practices require a pre-motion conference before making a motion to dismiss, motion to amend, or motion for summary judgment. See Individual Practices of Judge John G. Koeltl at III.C. Moreover, there is a pending motion to dismiss, which should be decided first. See ECF No. 32. ECF Nos. 36, 37, and 38 are therefore **stricken without prejudice.**

    The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
            April 10, 2025

                                                /s/ John G. Koeltl
                                                   John G. Koeltl
                                        United States District Judge