# KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

**Brett A. Scher**
bscher@kaufmandolowich.com

Direct: 516.283.8705
Main: 516.681.1100
www.kaufmandolowich.com

April 15, 2025

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

Re: **Michael Buxbaum v. Robert C. Gottleib & Associates, PLLC**
  **Case No. 1:25-cv-00509 (JGK)**

Dear Judge Koeltl:

We represent defendant, Robert C. Gottlieb & Associates, PLLC s/h/a Robert C. Gottleib & Associates, PLLC in this action. Pursuant to the Court's Order dated March 18, 2025 (ECF Doc. No. 32), we will be filing our motion to dismiss pursuant to Fed. R. Civ. P. 12(b) on April 18, 2025.

We anticipate that several exhibits to our motion will consist of filings and orders from the underlying New York State Family Court and Mental Hygiene Law proceedings that are the subject matter of the Amended Complaint and concern the plaintiff, Michael Buxbaum.

While Mr. Buxbaum has indisputably placed those proceedings at issue in this litigation, the filings from those proceedings remain under seal pursuant N.Y. Family Ct Act §166, NY Criminal Procedure Law 160.50 330.20 and NY Mental Hygiene Law Articles 9, 15 and §33.13(c). Several documents also discuss and identify Plaintiff's family members, who are not parties to this litigation.

As such, we seek the Court's permission to file any exhibits to our motion to dismiss related to the underlying family court and mental hygiene proceedings under seal.

Respectfully submitted,

KAUFMAN DOLOWICH LLP

Brett A. Scher

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
4/16/25

cc: **Via Email**
Michael Buxbaum - michaelbuxbaum@icloud.com
Plaintiff, pro se