```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
MICHAEL BUXBAUM,                    25-cv-509 (JGK)
          Plaintiff,
                              ORDER
      - against -

ROBERT C. GOTTLIEB & ASSOCIATES
PLLC,
          Defendant.
---

JOHN G. KOELTL, District Judge:

    The plaintiff has filed a memorandum of law in support of a motion for summary judgment dated April 4, 2025. ECF No. 40. The plaintiff has also filed another notice of motion for summary judgment and memorandum of law in support of that motion, both of which appear to be duplicate copies of the plaintiff's filings at ECF Nos. 38 and 40. ECF Nos. 42-43. However, the proposed motions seek substantive relief without requesting a pre-motion conference. Moreover, there is a pending motion to dismiss, which should be decided first. See ECF No. 32. ECF Nos. 40, 42, and 43 are therefore **stricken without prejudice.**

    The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:   New York, New York
          April 16, 2025

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                   United States District Judge