```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**MICHAEL BUXBAUM,**                                    **25-cv-509 (JGK)**
                      **Plaintiff,**

                                                   **ORDER**

       - against -

**ROBERT C. GOTTLIEB & ASSOCIATES PLLC,**
                      **Defendant.**

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff has filed an amended complaint dated April 17, 2025. ECF No. 50. However, the plaintiff has already filed an amended complaint once as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1). The plaintiff's amended complaint and request for injunction, filed on March 10, 2025, ECF No. 30, is the operative Amended Complaint in this case. Any further amendments are permitted only with the opposing party's written consent or the Court's leave. Fed. R. Civ. P. 15(a)(2). The Court did not give leave to amend, and therefore the filing of the April 17, 2025 complaint was not authorized. Accordingly, ECF No. 50 is **stricken without prejudice.**

    The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

**SO ORDERED.**

**Dated:**    New York, New York
               April 25, 2025

                                                 /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                         **United States District Judge**