```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL BUXBAUM,                                  :
                                                  :   25-CV-0509 (JGK) (RWL)
                            Plaintiff,            :
                                                  :
            - against -                           :   ORDER
                                                  :
                                                  :
ROBERT C. GOTTLEIB & ASSOCIATES                   :
PLLC,                                             :
                                                  :
                            Defendant.            :
                                                  :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff once again seeks to file another amended complaint.  (*See* Dkt. 58 (requesting that pleading at Dkt. 56 be deemed the operative complaint).)  The currently operative pleading – the Amended Complaint at Dkt. 30 – alleges a claim of attorney malpractice based on a conflict of interest in state court litigation, and invokes diversity of citizenship as the basis for federal subject matter jurisdiction.  (*See* Dkt. 30 at ECF 3 (jurisdiction), 6 (facts), 7 (relief).)  At present, Defendant's motion to dismiss the operative Amended Complaint for failure to state a claim is pending.  (*See* Dkt. 46.)  On May 2, 2025, Plaintiff filed his opposition to the motion to dismiss and reiterated that the asserted legal basis for his claim is legal malpractice.  (Dkt. 57 at 1.)

The amended pleading that Plaintiff asks be filed, however, differs from the currently operative Amended Complaint in that it asserts a claim under the federal False Claims Act; invokes federal question jurisdiction instead of diversity jurisdiction; and omits the detailed statement of facts included with the operative pleading.  (Dkt. 56 at ECF 3,

1

5.) Nonetheless, the alleged facts, though more succinctly stated, remain grounded in alleged conflict of interest and malpractice. (*Id*. at 5.) The proposed amended pleading also lacks a signed certification.

Nothing in the amended pleading plausibly states a claim for violation of the False Claims Act, nor even indicates that such a claim could be stated. Instead, it merely alleges that Defendant violated the False Claims Act by virtue of having allegedly engaged in legal malpractice in state court litigation. (Dkt. 56 at ECF 5.) Accordingly, the application is DENIED as futile. The Amended Complaint at Dkt. 30 remains the operative pleading; and the Clerk of Court is respectfully directed to strike the pleading at Dkt. 56.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 13, 2025
      New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to the Plaintiff and note service on the docket.