```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

MICHAEL BUXBAUM,                                25-cv-509 (JGK)
               Plaintiff,
                                    ORDER
    - against -

ROBERT C. GOTTLIEB & ASSOCIATES
PLLC,
               Defendant.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff has filed a notice of motion and memorandum of law in support of that motion docketed May 9, 2025. ECF Nos. 61, 62. The proposed motion appears to seek substantive relief without requesting a pre-motion conference. Moreover, there is a pending motion to dismiss, which should be decided first. See ECF No. 32. ECF Nos. 61 and 62 are therefore **stricken without prejudice**.

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
           May 14, 2025

                                              /s/ John G. Koeltl
                                                 **John G. Koeltl**
                                     **United States District Judge**