UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL BUXBAUM,

               Plaintiff,

      - against -

ROBERT C. GOTTLIEB & ASSOCIATES
PLLC,

               Defendant.

25-cv-509 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiff has filed a notice of motion and memorandum of law in support of that motion, received May 21, 2025. ECF Nos. 72, 73. The proposed motion appears to seek substantive relief without requesting a pre-motion conference. Moreover, there is a pending motion to dismiss, which should be decided first. See ECF No. 32. ECF Nos. 72 and 73 are therefore **stricken without prejudice.**

The Clerk is respectfully directed to mail a copy of this Order to the pro se plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          May 27, 2025

                                 John G. Koeltl
                    United States District Judge