UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL BUXBAUM,                           25-cv-509 (JGK)

            Plaintiff,            ORDER

  - against -

ROBERT C. GOTTLIEB & ASSOCIATES
PLLC,

            Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the amended complaint (ECF No. 46).

SO ORDERED.

Dated:    New York, New York
         June 4, 2025

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                   United States District Judge