UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

MICHAEL BUXBAUM,                          25-cv-509 (JGK)

                        Plaintiff,        ORDER

        - against -

ROBERT C. GOTTLIEB & ASSOCIATES
PLLC,

                        Defendant.

———————————————————————————————

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper
courtesy copies of all papers filed in connection with the fully
briefed motion to dismiss the amended complaint (ECF No. 46), in
accordance with III.C of the Court's Individual Rules.

SO ORDERED.

Dated:     New York, New York
           June 25, 2025

                              _____
                                    John G. Koeltl
                              United States District Judge