UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL BUXBAUM,

                Plaintiff,

        - against -

ROBERT C. GOTTLEIB & ASSOCIATES PLLC,

                Defendant.
-----------------------------------------------------------X

25-CV-0509 (JGK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On July 23, 2025, mail sent by the Court to Plaintiff was received back by the Court as "Return to sender, Not deliverable as addressed, Unable to forward." The address to which the mail was sent is the same address of record and to which the Court has successfully mailed previous items. The Court has not received any updated address from Plaintiff. Accordingly, by July 31, 2025, Defendants shall file a letter informing the Court whether they are aware of any new address for Plaintiff and, if so, supplying that address.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: July 24, 2025
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk of Court is directed to mail a copy of this order to the Plaintiff and note service on the docket.

1