```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL BUXBAUM,                                            :
                                                            :   25-CV-0509 (JGK) (RWL)
                                Plaintiff,                  :
                                                            :
                - against -                                 :   ORDER
                                                            :
                                                            :
ROBERT C. GOTTLEIB & ASSOCIATES                             :
PLLC,                                                       :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 23, 2025, mail sent by the Court to Plaintiff was received back by the Court as "Return to sender, Not deliverable as addressed, Unable to forward." The address to which the mail was sent is the same address of record and to which the Court has successfully mailed previous items. The Court has not received any updated address from Plaintiff. On July 24, 2025, the Court Defendants to file a letter informing the Court whether they are aware of any new address for Plaintiff and, if so, supplying that address. (Dkt. 79.) Defendants filed a letter indicating they know of no other physical address for Plaintiff; they did supply, however, an email address with which they previously communicated with Plaintiff: michaelbuxbaum@icloud.com. (Dkt. 80.)

At the outset of the case, Plaintiff was put on notice that he had the obligation to notify the Court of any change of address. (Dkt. 2 ("all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information").) Accordingly, by **August 4, 2025,** Plaintiff shall file a letter with the

1

2

Court confirming his current physical address.  Failure to provide the Court with a current address may be grounds for dismissal of the case.

    The Clerk of Court is respectfully directed to email a copy of this order to Plaintiff at michaelbuxbaum@icloud.com and to note service on the docket.

                                             SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 25, 2025
       New York, New York

Copies transmitted this date to all counsel of record.