**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAEL BUXBAUM,

                Plaintiff,

    -against-                                    25 **CIVIL** 509 (JGK)

                                                     **JUDGMENT**

ROBERT C. GOTTLIEB & ASSOCIATES, PLLC,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 30, 2025, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the defendant's motion to dismiss is granted. Judgment is entered dismissing the Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       July 30, 2025

                                                       **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                         **BY:**                *K. Mango*

                                                           **Deputy Clerk**